**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DIVISION**
**NORTHERN DISTRICT, OHIO**

THE CINCINNATI INSURANCE      )      CASE NO. 1:04 CV 1962
COMPANY      )
6200 South Gilmore Road      )      HONORABLE SOLOMON OLIVER, JR.
Fairfield, Ohio 45014-5141      )      MAGISTRATE JUDGE DAVID S. PERELMAN
     )
           Plaintiff,      )
     )
vs.      )
     )
ALGOMA CENTRAL MARINE CORP.      )
421 Bay Street, P.O. Box 7000      )
Sault Ste. Marie, Ontario, Canada P6A 5P6      )
     )
and      )
     )
ALGOMA CENTRAL CORP.      )
421 Bay Street, P.O. Box 7000      )
Sault Ste. Marie, Ontario, Canada P6A 5P6      )
     )
and      )
     )
SEAWAY MARINE TRANSPORT      )
20 Corporate Park Drive, Suite 300      )
St. Catherines, Ontario, Canada L2S 3W2      )
     )
and      )
     )
UPPER LAKES GROUP, INC.      )
49 Jackes Avenue      )
Toronto, Ontario, Canada M4T 1E2      )
     )
           Defendants.      )
     )

## STIPULATED ORDER OF DISMISSAL

The parties hereto, as evidenced by the signatures of their respective counsel

below, stipulate to dismissal of Plaintiff's Complaint in its entirety, with prejudice, and

with each party to bear its own costs.


/s/Dennis G. Rehor
**Dennis G. Rehor**
Attorney for Plaintiff
55 Public Square, Suite 930
Cleveland, OH  44113
dennis_rehor@staffdefense.com

/s/ Brian J. Miles
**Brian J. Miles (P37186)**
Attorney for Defendants
D'Luge, Miles, Miles & Cameron, P.L.C.
67 N. Walnut Street
Mt. Clemens, MI  48043
(586) 468-7511
bmiles@dmmplc.com


IT IS SO ORDERED


/s/SOLOMON OLIVER, JR.
_____

Dated:  9/21/2006
_____

DISTRICT COURT JUDGE